NUMBER13-04-00569-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG

________________________________________________________________ 

IN RE FORD MOTOR COMPANY
_____________________________________________________________ 
 
On Petition for Writ of Mandamus
and Emergency Motions for Stay and Leave
to File Certain Documents In Camera 
______________________________________________________________ 

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez 
Per Curiam Memorandum Opinion




         Relator, Ford Motor Company, has filed a petition for writ of mandamus, an
emergency motion for stay, and an emergency motion for leave to file certain
documents in camera in the above cause. The Court, having examined and fully
considered the emergency motions and the petition for writ of mandamus, is of the
opinion that relator has not shown itself entitled to the relief sought. Accordingly, the
emergency motion for stay, the emergency motion for leave to file certain documents
in camera, and the petition for writ of mandamus are hereby DENIED. See Tex. R. App.
P. 52.8. 
  
                                                                        PER CURIAM

Memorandum Opinion delivered and filed
this 27th day of October, 2004.